plainants. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Reversed and remanded with directions. Opinion filed June 13, 1927.

Robert F. Kolb, for appellants. Tourje, Waugh & McClellan, for appellees; J. J. Goshkin, of counsel. Church, Traxler & Kennedy, for Thomas A. Hayes and Mary E. Hayes.

Mr. Justice O'Connor delivered the opinion of the court,

---

**J. L. Stifel & Sons, appellee, v. B. M. Shaffner, appellant. Gen. No. 31,369.**

Action on written guaranty for goods sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. C. H. Douglas, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed June 13, 1927.

B. M. Shaffner, *pro se.* Hoyne, O'Connor & Rubinkam, for appellee.

Mr. Justice O'Connor delivered the opinion of the court,

---

**Troy Smith, appellee, v. Your Cab Company, appellant. Gen. No. 31,400.**

Appeal from denial of motion to quash service in action to recover for professional services. Appeal from the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Appeal dismissed.. Opinion filed June 13, 1927.

Wm. E. Taylor and Morris, Cashin & Dickerson, for appellant. No appearance for appellee.

Mr. Justice O'Connor delivered the opinion of the court,

---

**In re estate of Malvina B. Shearer, deceased.**

**Appeal of J. B. Doland, individually and as executor of the last will and testament of Sarah Doland, deceased, appellant, v. Walter Joseph DeClarke and Joseph R. McGlashan, executors of the last will and testament of Malvina B. Shearer, deceased, appellees. Gen. No. 31,429.**

Appeal from order overruling final report of executors. Appeal from the Circuit Court of Cook county; the Hon. Kickham Scanlan, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Affirmed. Opinion filed June 13, 1927.

Merwin M. Hart and H. J. Rosenberg, for appellant. Sims, Welch, Godman & Stransky, for appellees.

Mr. Justice O'Connor delivered the opinion of the court,

---

**Abraham J. Corn, appellee, v. William Shapiro, appellant. Gen. No. 31,503.**

Action for money had and for services rendered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William E. Viner, Judge, presiding. Heard in the third division of